UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARVIN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:17-cv-4627 |
| | ) |
| THE KINDEZI ACADEMY, LLC, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Darvin Lewis, (hereinafter "Lewis"), by counsel, brings this action against Defendant, The Kindezi Academy, LLC (hereinafter "Defendant"), alleging violations of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101 *et. seq.*

**II. PARTIES**

2. Lewis is a resident of the State of Indiana, who at all relevant times resided within the geographic boundaries of the Southern District of Indiana.

3. Defendant is a corporation who conducts business within the geographic boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1343; and 42 U.S.C. § 12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5)(A).

6. Lewis was an "employee" as that term is defined by 42 U.S.C. § 12111(4).

7. Lewis is a "qualified individual with a disability" as defined by the Americans with Disabilities Act, 42 U.S.C. §§ 12102(2) and 12111(8) and/or Defendant knew of Lewis's disability and/or regarded Lewis as being disabled and/or Lewis had a record of being disabled.

8. Lewis satisfied his obligation to exhaust his administrative remedies after having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging disability discrimination. Lewis received the required Notice of Sue Rights and timely files this action.

9. A substantial part of the events, transactions and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

10. Defendant hired Lewis on or about January 23, 2017, as a Kindergarten Teacher.

11. Lewis suffers from severe depression, which was formally diagnosed in July 2015. Lewis's impairment significantly restricts him in a variety of major life activities, including concentrating, thinking, communicating and working.

12. Lewis disclosed his disability to his supervisor, Shanae Staples, Principal.

13. On or about April 19, 2017, Lewis learned that a television show that he was going to appear in had been cancelled. This triggered a significant depressive episode.

14. As a result of Lewis's disability, Lewis was absent on several occasions from work between March and the end of his employment. In total, he was absent ten times during his tenure with Defendant; Defendant's policy allows only nine absences. The majority of Lewis's absences were related to his disability, yet Defendant did not provide him with medical leave or

an accommodation that would prevent the absences stemming from his disability from being counted against him.

15. On or about June 5, 2017, Defendant informed Lewis that his contract would not be renewed because of his attendance.

## V. LEGAL ALLEGATIONS

16. Paragraphs one (1) through fifteen (15) of Lewis's Complaint are hereby incorporated.

17. Defendant violated Lewis's rights as protected by the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq.* by failing to provide a reasonable accommodation.

18. Defendant violated Lewis's rights as protected by the Americans with Disabilities Act, 42 U.S.C. § 1201, *et. seq.* by failing to provide him with a reasonable accommodation and discriminating against him because of his disability when it terminated his employment.

19. Defendant's actions were intentional, willful and in reckless disregard of Lewis's rights as protected by the ADA.

20. Lewis has suffered damages as a result of Defendant's actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Darvin Lewis, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Reinstate Lewis to the position, salary, and seniority level he would have enjoyed but for the Defendant's unlawful actions; and/or payment to Lewis of front pay in lieu thereof;

2. Compensatory, consequential and emotional damages to Lewis;

3. Compensation for Lewis's lost wages and benefits;

4. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5. Punitive damages for violations of the ADA;

6. Costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Darvin Lewis*

## DEMAND FOR JURY TRIAL

Plaintiff, Darvin Lewis, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By:  /s/ Andrew Dutkanych III
Andrew Dutkanych III, Atty. No. 23551-49
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:  (812) 424-1005
Email: ad@bdlegal.com

*Attorneys for Plaintiff, Darvin Lewis*